**NOTE: CHANGES MADE BY COURT**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILI S. POOL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | CASE NO. 2:22-cv-00215-FWS-GJS<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE PURSUANT TO SETTLEMENT [38]**<br><br>Judge: Hon. Fred W. Slaughter |

///

///

///

1  Having read and considered the Parties' Joint Stipulation to Dismiss Case
2  pursuant to Settlement [38] (the "Stipulation"), and good cause appearing, the court
3  **GRANTS** the Stipulation and **ORDERS** the following:

5  The entire action, including all claims and counterclaims, stated herein against
6  all parties, is **DISMISSED WITH PREJUDICE**, with each side to bear its
7  own costs and attorney's fees.

9  **IT IS SO ORDERED**.

Dated: October 11, 2022

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE